**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ORLANDO TORRES, on behalf of**
**himself and those similarly situated,**

     **Plaintiff,**

**vs.**                               **CASE NO.:   6:15-CV-01679-RBD-DAB**

**SUPER TRANSPORTATION OF**
**FLORIDA, LLC, a Florida For Profit**
**Limited Liability Company,**

     **Defendant.**                   /

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, ORLANDO TORRES, pursuant to Rule 41(a)(1)(A) of the Federal

Rules of Civil Procedure, files his Notice of Voluntary Dismissal Without Prejudice.

Dated this 29th day of October, 2015.

                                              **s/ CARLOS LEACH**
                                              CARLOS LEACH, ESQUIRE
                                              Florida Bar No.: 0540021
                                              Trial Counsel for Plaintiff
                                              Morgan & Morgan, P.A.
                                              20 N. Orange Avenue, 4th Floor
                                              Post Office Box 4979
                                              Orlando, FL  32802-4979
                                              Telephone:  (407) 420-1414
                                              Facsimile:  (407) 245-3341
                                              Email: Cleach@forthepeople.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of October, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and I further certify that I mailed the foregoing document and the Notice of the electronic filing by first class mail to the following: SUPER TRANSPORTATION OF FLORIDA, LLC, c/o Registered Agent: CT Corporation System, 1200 Pine Island Road, Plantation, FL 33324.

s/ **CARLOS LEACH**
CARLOS LEACH, ESQUIRE