**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

ORLANDO TORRES,

        Plaintiff,

v.                                                            Case No. 6:15-cv-1679-Orl-37DAB

SUPER TRANSPORTATION OF
FLORIDA, LLC,

        Defendant.

**ORDER**

    This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal without Prejudice (Doc. 4), filed October 29, 2015. Because Defendant has not yet served either an answer or a motion for summary judgment, Plaintiff's notice of dismissal is proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

    Accordingly, it is hereby **ORDERED AND ADJUDGED** that pursuant to Plaintiff's notice of dismissal and Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to terminate all pending motions and deadlines and to close the file.

    **DONE AND ORDERED** in Chambers in Orlando, Florida, on November 1, 2015.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record